# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RAUL CAMARGO-CABRERA, #256491 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-1137 |
| | § | |
| DENTON COUNTY SHERIFF | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 6, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #12) that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE